UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:19-cr-0321-SEB-MJD |
| | ) | |
| DERRICK JONES, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On August 27, 2025, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on October 4, 2024. Defendant Jones appeared in person with his appointed counsel Joe Cleary. The government appeared by Matt Barloh, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Brent Witter.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Jones of his rights and provided him with a copy of the petition. Defendant Jones orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Jones admitted violation numbers 1, 2, and 3. [Docket No. 73.] Government orally moved to withdraw the remaining violations; the Court granted said motion and dismissed violation numbers 4, 5, and 6.

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You shall not commit another federal, state, or local crime."**<br><br>On September 27, 2024, Mr. Jones was arrested by the Anderson City Police Department for outstanding warrants for Criminal Recklessness (Felony); Unlawful Carrying of a Handgun (Misdemeanor); and, Unlawful Carrying of a Handgun (Felony). This matter currently remains pending in Madison County Circuit Court under Case No.: 48C06-2409-F5-002773. |
| 2 | **"You shall not commit another federal, state, or local crime."**<br><br>The Court was previously advised, Mr. Jones was charged with Leaving the Scene of an Accident (Misdemeanor); and, Driving While Suspended (Infraction) on December 4, 2023. This matter currently remains pending in Anderson City Court under Case No.: 48H02-2312-CM-004751. |
| 3 | **"You shall not own, possess, or have access to a firearm, ammunition, destructive device or dangerous weapon."**<br><br>Pursuant to the Affidavit of Probable Cause filed under Case No.: 48C06-2409-F5-002773, Mr. Jones was allegedly in possession of a firearm on or about October 16, 2023. |

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade B violation.

   (b) Defendant's criminal history category is VI.

  (c) The advisory range of imprisonment applicable upon revocation of supervised release, therefore, is 21 to 24 months' imprisonment.

5. The parties jointly recommended a sentence of 18 months' imprisonment to be served consecutive to any term of imprisonment imposed under Madison County Circuit Court, Cause Number 48C06-2409-F5-002773 (hereinafter, "State Case"), with no supervised release to follow. Defendant requested placement at FCI Terre Haute.

The Magistrate Judge, having considered the relevant factors in 18 U.S.C. § 3553(a), *see* 18 U.S.C. § 3583(e), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or her designee for a period of 18 months, to be served consecutive to the term of imprisonment imposed in the State Case, with no term of supervised release to follow. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

So RECOMMENDED.

Date: 08/29/2025

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system